*[handwritten top: WCG / United States District Court Eastern D. Wi]*

~~COURT OF APPEALS DIV III STATE OF WISCONSIN~~

DNR - STATE OF WISCONSIN
J. RESOP Boat OPERATOR
        APPELLEE

v.

john r. kanerva wronged man
victim of boat damage, and false fee permit
Alleged needed to travel impost, tax, duty
        APPELLANT

23C 308

Cases Cir. 22FO357
Appeal No.

king? David Weber
Branch ii monarch?
Military judge?
Jag Court? - Fisa Court?

*[stamp: U.S. District Court Wisconsin Eastern MAR - 7 2023 FILED Clerk of Court]*

*[handwritten: Notice of Removal: Proof of Service to Wi Atty. Gen]*

# 28 U.S. Code § 1441 - Removal of civil actions 28 U.S. Code § 1331 - Federal question

*[handwritten: Notice of filing,]*

# The Federal Officer Removal Statute 28 U.S.C. 1442(a)(1)  28 U.S. Code § 1446 - Procedure for removal of civil actions

Posted on December 23, 2010

But conceivably there are situations where you do want to be in federal court – especially one in which state court officials (e.g., prosecutors/magistrate judges) have formed a lynch mob and are going after your client.

## MOTION FOR RECONSIDERATION

### MOTION TO QUASH & VACATE BENCH JUDGEMENT; TIMELY JURY TRIAL DENIED

Plaintiffs D.A. and the Judge broke court rules. Plaintiffs required BOND is $250.00. Instead, they pretend defendant had the responsibility to post BOND. So they ORDER by a clerk, the money to cover their BOND payment slightly less $232.00 paid by the defendant with a demand

called " PAY or JAIL", prohibited by the Federal and State Constitutions. I already had filed those laws as witness in the record which they ignored.

They started the fake case labeling it non-criminal. Then they decide to switch it to a criminal case, by issuing the document

Then, the clerk said the defendant had a "Jail Commitment" without any offer of attorney.

I informed the plaintiff Atty. Nordin several times and in person at the Pretrial of her responsibility as Plaintiff to POST BOND; and the D.N.R. requirement to post BOND to cover all costs. SECURITY FOR COSTS. Wi. Stat. 814.28, PLAINTIFF IS A FOREIGN CORPORATION. ALL PROCEEDINGS ON THE PART OF THE PLAINTIFFS BE STAYED UNTIL (PLAINTIFFS FILE) SECURITY IS FILED.

THE PLAINTIFF KNEW AND THE COURT KNEW THE CASE WAS STAYED BECAUSE THE PLAINTIFF FAILED TO POST PREREQUISITE BOND UNDER WI RULES OF COURT. 814.28(2)

UPON FAILURE OF PLAINTIFF TO POST THE BOND, DEFENDANT MAY ASK THE COURT TO DIMISS THE ACTION 814.28(3). I, THE DEFENDANT ASKED THE COURT TO DISMISS THE plaintiff only in their ACTION.

PLAINTIFFS FAILED TO GIVE NOTICE OF THEIR DEPOSIT OF BOND TO COVER COSTS. THE CASE IS STAYED UNTIL THEY DO, BUT THEY REFUSED TO DO SO AT THE PRETRIAL AFTER VERBAL ORDER TO DO SO.

THE COURT OFFICIALS, KNEW THAT THEY WERE REQUIRED TO SEE THAT THE PLAINTIFF POSTED BOND [AS REQUIRED] BECAUSE I FILED THE STATUTE informing the plaintiff and court IN THIS CASE FILE WHICH REQUIRED THEM TO DO SO. CASE 22FO357, DOC. 8 FILED 12-06-2022 PAGE 2 OF 10.

DEFENDANT FILED FEE WAIVER PETITIONS IN CIRCUIT AND APPEALS COURT

PLAINTIFF FAILED TO POST REQUISITE BOND TO COVER FEES - JURY FEE

DEFENDANT PAID FOR A JURY TRIAL; CLERK STOLE THE JURY FEE OR HID IT

BRANCH I JUDICIAL ORDER VIOLATED BY CLERK OF COURT TO RETURN JURY FEE

CLERK DISOBEYS COURT ORDER, FAILS TO APPLY JURY FEE AFTER DEMAND

DA, CLERK, JUDGE, file JAIL COMMITTMENT? fake fine Debtors Prison threat PAY OR JAIL? WITHOUT offer of attorney AND GURANTEED free JURY TRIAL whether or NOT i'M filing IN FORMA PAUPEROUS OR NOT

WRIT OF ERROR Monarch Weber, JUDICIAL AND PUBLIC NOTICE FRAUD ON THE DOOR CO. COURT. Only a Jury Trial could have occurred after I appeared on 9-12-2022.Plaintiffs Citation is EXPOST FACTO, and Conversion of Jury Trial to Bench – Court Trial is Ex post Facto.

The arguments in this Brief were filed but this brief was denied as the clerk decided that she would not honor the Waiver for filing fee when WAIVER OF FEES IS GUARNTEED BY WI STAT 814.28, 29

Speedy Trial by Jury was violated by the Court and Plaintiff. 28 days. They claim that I defaulted, some crime was committed, and that pay or jail is my future, which violates this countries laws. So the MAGICIANS QUICK CHANGED "non-criminal" case, then now pretend it is a criminal case.

For that cause criminal Speedy Trial Rights were violated and all due process is violated.

PLAINTIFF CONVERTED THIS CASE INTO A CRIMINAL CASE CONSPIRING FURTHER AGAINST RIGHTS CONVERTING MY RIGHTS INTO CRIMES.

PLAINTIFFS DENIAL OF JURY TRIAL IS VIOLATION OF DUE PROCESS OF LAW
CLERK / JUDICIAL WRIT OF ERROR JUDICIAL AND PUBLIC NOTICE OF FRAUD ON THE COURTS PEONAGE – EUROPEAN FOREIGN LAW is being PRACTISED in DOOR COUNTY

MISSING INGREDIANT FOR ANY GUILTY VERDICT: "Crime" There was no Crime committed as stated by the DISTRICT ATTORNEY IN WRITING. The F.B.I. Agrees. Plaintiffs and judge/king/or kingsman. Your European jurisdiction claims / lying demons are now exercised and identified.

MILITARY and or FOREIGN LAW - PEONAGE currently is being PRACTISED in DOOR COUNTY against amateur civilians and...this case defendant is witness, all parties and court employees witnesses.

Court employees abusing and exceeding their powers committing fraud. Stealing jury fee money, Not disclosing (OMITTING) who filed docs. in docket entries. Omitting their names and or initials required to identify who made foreign entry's, and who failed to record, "Jury demand yes".

The Clerks of Court and or Judges decided that the poor financial class is subject to denial of their CONSTITUTIONAL RIGHTS.

The D.A. Coleen Nordin practices EUROPEAN LAW "PEONAGE" has no filed OATH OF OFFICE TO SUPPORT THE United States Constitution.

Article I and III United States Constitution is written in full at the end of this document. Take some time and read them if your a CLERK judge in in this case, in Wisconsin. Then maybe consider obeying this countries laws and let defendants trial by jury properly defend themselves.

Prosecute the plaintiffs and D.A. for conspiracy and prosecute CORRUPT LAW ENFORCEMENT THUG BULLYS, who commit crimes against traveling people, as in this case.

Refer the DNR Officer who committed a hit and run damaging my boat and Sheriff who conspired against me with the D.A. and judge to harm me personally and falsely are illegally attacking my ESTATE, and denying my right to a jury trial guaranteed under this countries laws as written.

ESTATE – what you own, money things clothes auto, boat, etc.

The Plaintiff / Court lacks and lacked subject matter jurisdiction, In Rem In personam / In Rem civil and criminal jurisdiction. Sham case totally FOREIGN PEON. PEONAGE EUROPEAN, FRAUD ON

If the defendant is not convicted, and the case was dismissed or acquitted, then the full amount of the Cash Bail deposit is refunded to the account

IN THE COURT, Plaintiffs had subjected me to PEONAGE, with the full amount of the Cash Bail deposit is held to the surety until the court closes the case and issues a court order to refund the Cash Bail to the person who paid it.

"Judge acting as a king, J.A.G.? Honorable King David Weber has violates his OFFICE to defend and support the United States Constitution and provide the mandatory requirement for plaintiff to file the BOND. This has robbed multitudes. Judge and clerk denying their responsibility.

.The Monarch "Weber" refuses to enforce my jury trial demand in this case. I object(ed).

I, said defendant, filed the Statute and wrote it all as evidence in scanned filed documents which automatically proves pays or waives my payment due to the laws which force BOND by plaintiff to cover costs due to my financial lack, Wisconsin Statutory BOND coverage of all fees were supposed to be posted by the plaintiff who failed to Post the Bond.

**The Department of Finance holds the Cash Bail funds until the court closes the case and issues a court order to refund the Cash Bail.** You do not have to do anything to receive a Cash Bail refund. We usually receive the Cash Bail refund court order request from the court about six (6) weeks after the case is closed. Where does bail money go USA?

Do you get bail money back in USA?


CONVERSION OF RIGHT INTO A CRIME, GIVES THE APPELLANT THE RIGHT TO A NON INTERESTED NEUTRAL Different "COURT" and APPOINTED CRIMINAL DEFENSE

ATTORNEY AS THE "COURT DECIDED BY A CLERK TO ILLEGALLY THREATEN BY DEBTORS PRISON A JAIL SENTENCE THIS INNOCENT EXEMPT AMATEUR TRAVELER WHO WAS NOT REQUIRED UNDER THE WISCONSIN CONSTITUTION TO PAY ANY TAX, DUTY, OR IMPOST TO USE THE HIGHWAY WATER OF GREENBAY / STURGEON BAY WITHOUT ANY STATE PERMIT.

PERMISSION NOT REQUIRED COURT EMPLOYEE Clerks and Judge Acting as RED COAT ESQUIRES SHEILD BEARERS FOR THE CROWN OF ENGLAND BAR [BRITISH ACCREDITED REGISTRY]

The plaintiff failed in every event. I nor my boat committed any crime. Only the plaintiffs committed crimes, and they are identified in the case file in my timely answer, that king Weber says does not exist.. See the judges and clerks admissions and omissions. The department of justice published - has a clear definition for the ignorant to review.

Those who have pretended some jail sentence or "forfeiture" is possible lack the required ingredients for a conviction against my money which I don't possess, my body or boat. "Criminal activity". The United States and State of Wisconsin, both prohibit any tax, impost or duty against amateur vessels.

Boats or autos, whether they travel on land or water which water flows into either the Mississippi River or St. Lawrence Seaway, are all EXEMPT as it is Written.

The only criminal activity was committed by the D.N.R. OFFICER and his boat which damaged my

boat, when he forced me to approach his boat while he harassed me. He damaged my boat on the "FORVER FREE HIGHWAY".

See the following definitions; from **_Department of Justice F.B.I. Website._** "Criminal conviction is required". No crime, no criminal conviction. No forfeiture. No jail sentence, no fine. etc.

| Types of forfeiture | Description |
|---|---|
| Criminal Forfeiture | An *in personam* (against the person) action against a defendant that includes notice of the intent to forfeit property in a criminal indictment. **A criminal conviction is required**, and forfeiture is part of the defendant's sentence. Criminal forfeiture is limited to the property interests of the defendant, including any proceeds earned by the defendant's illegal activity. Criminal forfeiture is generally limited to the property involved in the particular counts on which the defendant is convicted. As part of sentencing, a court may order the forfeiture of a specific piece of property listed in the indictment, of a sum of money as a money judgment, or other property as substitute property. The government must establish by a preponderance of the evidence the requisite connection between the crime of conviction and the asset. After a preliminary order of forfeiture is entered, a separate, ancillary proceeding begins to determine any third-party ownership interests in the property the government seeks to forfeit. |
| Civil Judicial Forfeiture | An *in rem* (against the property) court proceeding brought against property that was derived from or used to commit an offense, rather than against a person who committed an offense. Unlike criminal forfeiture, there is no criminal conviction required, **although the government is still required to prove in court that the property was linked to criminal activity.** The proceeding allows the court to gather anyone with an interest in the property in the same case and resolve all the issues with the property at one time. In a civil forfeiture case, the government is the plaintiff, the property is the defendant, and any person who claims an interest in the property is a claimant. Civil forfeiture allows the government to file cases against property that would not be reachable through criminal forfeiture, such as property of criminals located outside the United States, including terrorists, and fugitives. Civil forfeiture also permits recovery of assets held by deceased defendants or where no defendant can be identified. |

District Attorney even states this Charge 1 **'Operate'** [*OWNER OPERATOR*](is a *COMMERCIAL ONLY TERM)*. COLEEN NORDIN TESTIFIES IN THE DOCUMENT Charge is quoted in course 7, **is a "non-criminal"** Case 2022FO357 Document 15 filed 1-4-2023 pg. 1 of 1.

This can also turn into a class action. Door County Court and possibly Appeals court Court Clerk embezzlement scandal. No crime amounts to my counterclaim being inaccurate exposing the criminal plaintiff co-conspirators. Plaintiff is in denial, of defendants existing defense.

The Judge [acting as kingsman] foreign jurisdiction with D.A. Operating as a FOREIGN AGENT NO OATH OF OFFICE TO DEFEND OR SUPPORT THE United States of America and it's Constitution. This may be intentional, their converting our country into a BRITISH and or MILITARY colony.

Plaintiff knows or should know, they are FRAUDS. The D.A. and Deputy Clerk by misfeasance-

malfeasance of law issued a fraudulent UNDER COLOR OF STATE LAW **"Judgment of Conviction and Sentence to the County Jail/Fine/Forfeiture"** WHICH IS PEONAGE - FOREIGN (lacking all criminal elements, no crime committed,) and sentence to the County Jail/Fine/Forfeiture all illegal at law. See 22FO357 Doc.19 filed 1-6-23 pg. 1 of 2.

The plaintiffs and clerks judge are now the ones liable. They converted my civil case in to a crime, denied my right to a court appointed attorney, They used fraud and threat of force debtors prison fear of force to embezzle illegal JURY FEE and BOND demand money from this amateur traveling EXEMPT sovereign. U.S. and Wisconsin Constitution names us sovereigns. See my timely answer.

I doubt the Appeals Court Judge or Judges are / is as crooked as the Circuit Court Violation of Rights and false representation and that the Clerk(s) or plural. But now the Clerk of the Court of Appeals hid or destroyed my "Petition for fee waiver form", and issues ORDERS??? as an Article iii judge.

The plaintiff identified the case as Non-Criminal, but allowed it to be tried in their criminal Circuit Court using a D.A. that may not litigate Civil Cases, and this is a "Civil" case that has been converted into an imaginary crime. Therefore i'm now entitled to a free Court Appointed Attorney for criminal Defense.

Two Traveling Rights Case law Briefs explaining this countries legal and law process are found in this case file. If this countries laws seem interesting to you, by all means you may review the briefs as filed. Case 2022FO357 Document 5 Filed 12-06-2022 pg. 1-20. Case 2022FO357 Document 2 Scanned 09-13-2022 Pg.25-35

AUTHORITY: United States Constitution. **Sixth Amendment**
In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

The D.A. using a CIRCUIT COURT Pretends the case is criminal in nature. She is a PUBLIC ATTORNEY ONLY USED TO PROSECUTE CRIMES, nothing else. She wrote, NON CRIMINAL, acknowledging the courts lack of jurisdiction in the civil matter.

LOOKS LIKE I MIGHT NEED A PUBLIC DEFENDER, NOW THAT THE COURT IS PRETENDING THAT I COMMITTED SOME *nonexistent* CRIME AND a fraudulent "FOREFEITURE OF ESTATE" "FORFEITURE" by FICTION happened and plaintiffs lied.

D.A. and plaintiff/judge/clerks know I am innocent of any criminal activity, except in their wildest dreams. A CRIMINAL COLLECTION DEBTORS PRISON FOREIGN LAW CONCEPT IS NON-APPLICABLE. CLERK BY FRAUD ISSUED AN UNLAWFUL JAIL COMMITMENT FOR A NONCRIME, making the clerk and or judge criminals, who ever pretends any "FORFEITURE" against me is possible, when i committed no crime. Only the officer did.

I EXPLAINED THIS IN MY ANSWER. SEVENTH AMENDMENT

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.[3] The door county revenue collectors are robbers.

Robbers - DNR OFFICER, D.A., and a JUDGE doubling as MONARCH.

Comes now, john r. kanerva AN ADULT sound minded, born and raised in the united states of America and declaring to all interested and non-interested parties and whom it may concern in the following ORDER, to correct the record.

2. The record scan and index falsely states that my Appearance - Answer to the Unconstitutional STATE STATUTE, was filed on September 13th 2022, when the truth is a I filed it on SEPTEMBER 12th 2022, by clerks malfeasance ignoring prima facie stamp. She then said "don't go to the hearing" after I filed it. Don't attend the hearing and suffer risk of fake default?

3. Well she didn't immediately electronically scan it, and so no 9-12-2022 record was made of my Appearance (in writing), Speedy Trial by Jury Demand, Plea of Non-Assumpsit, Not Guilty Plea, Innocent, counterclaim, counter-complaint, discovery demand. Now after I discovered her (the) errors, she partially fixed it and still denied my jury demand and failed to record it after I made my demand of that "inviolate" right.. They don't read or consider my answer, and omit my claim of rights in my appearance to violate due process of law.

4. ***Appearance required? No. Case 22FO357 Filed 08-23-2022 Pg. 1 of 1 Document 1. The complaint states, "APPEARANCE Required? NO.***

The D.A. has no filed OATH OF OFFICE TO SUPPORT THE United States Constitution as an excuse to practice PEONAGE with her co-conspirator plaintiff to violate filed United States protection codes.

King David Weber violating Article iii u.s. constitution, has violated his OFFICE to defend and SUPPORT the United States Constitution. Making himself a czar or king. Ceasar – Czar. Treason.

Monarch Weber refuses to allow a jury trial in this case. He also illegally converted not only a jury demand into bench trial on his own initiative, he pretended that I committed some crime. Preposterous.

Only the DNR OFFICER COMMITTED CRIMES PLURAL. The crimes are written down, recorded. This angered king Weber. The king is not used to anyone charging he and the D.A., DNR officer and clerk of court of committing crimes violating the U.S. CODES. CONSPIRACY See Document 2.

I said defendant filed the Statute and wrote it all as evidence which automatically pays by my financial lack, Wisconsin Statutory coverage of all fees by plaintiff who failed to Post Bond. I informed the plaintiff several times and in person at the Pretrial of her and the DNR requirement to post BOND to cover all costs.

The plaintiff or clerk DECLARED that ***"NO APPEARANCE IS NECESSARY"*** 'Appearance required' "NO" Case "22FO357 Doc 1 Filed 8-23-2022 Page 1 of 1. In spite of WAIVER to Appear;

1. I, this APPELLANT APPEARED in writing and in body, on September 12th 2022. The Stamp of

the Clerk is on the following scan backdated. 22FO357 Doc. 2 Scanned 9-13-22 pg. 1 of 42.

2. The judges who denies jury trials operating as MONARCH / KING pretends that I "Failed to APPEAR." My appearance is claimed in my 42 page filed answer page 1. 22FO357 Doc. 2 Scanned 9-13-22 pg. 1 of 42. Speedy Trial by Jury Demand in the Case Caption. I "appeared".

3. This JUDGE is in VIOLATION OF HIS "OATH OF OFFICE" 22FO357, Document 7, filed 12-6-2022, violated my answer and jury demand seen in Doc. 2 Scanned 9-13-22 pg. 1 of 42.

4. The $36.00 is exhibit on DEPOSIT. Pg. 4 of 5 Case 22FO357 Document. 27 Filed 1-23-2023.

5. The D.A. never took an OATH OF OFFICE. So she practices FOREIGN LAW this case. See Document 2 Pages 38-42.

6. My title to answer was misrepresented / OMITTED IN THE INDEX. I wrote title, "APPEARANCE, SPEEDY TRIAL BY JURY DEMAND, PLEA OF NON-ASSUMPSIT, ***NOT GUILTY PLEA***, INNOCENT PLEA, COUNTERCOMPLAINT, COUNTERCLAIM, DISCOVERY DEMAND". 22FO357 Doc. 2 Scanned 9-13-22 pg. 1 of 42.

7. The clerk or whomever made the false entry wrote only ***"Not guilty plea"***, omitting all my entries which are included in my title answer, aforementioned.

5. It in FACT was filed on September 12th 2022. See Case 22FO357 Doc. 2 Scanned 9-13-22, 1 of 42. "FILED SEP 12 2022. CLERK OF CIRCUIT COURT DOOR CO. WI"

3. A Conspiracy which is no theory is occurring in this case. This is created by plaintiff and elected and appointed officials, and a DNR officer who damaged my boat, as is written and is ignored by all in their official capacities who may be responsible to refer the officer for prosecution.

4. Hit and run by a DNR EMPLOYEE on DUTY occurred and so far the police or court ignored this, and that is also a crime, as the judge has selectively discriminated and refused to respond to my report that the DNR OFFICER did damage my property, and subjected me to PEONAGE.

5. I've identified the U.S. CODES in my answer which may be why the clerk of court backdated the 9-12-2022 filing to 9-13-22. She changed it The plaintiff lacks jurisdiction in the matter.

6. Clerk switches dates in attempt to backdate filed and entered Appearance and answer one day. That way they would ague and pretend I didn't answer in time. Clerk tricks. It's an epidemic.

7. Plaintiffs charge - case is a sham, and the plaintiff knows that they are liable, had to post BOND as I quoted the statutes, failed to post BOND and even wrote that the "Charge is "non-criminal, and they want to continue to conspire to embezzle money from me.

8. This is being done under COLOR OF MILITARY EUROPEAN STATE LAW – PEONAGE, and under threat of false arrest. The Court of APPEALS is NOTICED. The DOOR COUNTY BRANCH II Court, Judge, Clerks, DNR, STATE OF WISCONSIN, et al are in...

9. "CONTEMPT OF Wisconsin Constitution, The Constitution for the United States of America, and it's Bill of Rights. Both the plaintiff and judge in Circuit Court are in Contempt of Court.

10. The case file is evidence, along with the Transcripts from the two hearings denying Jury Trial. I waved my right to a preliminary hearings, moving straight to jury trial, and the judge pretended that those hearings were in their favor and that my answer and jury demand were not filed.

All preliminary hearings (Court Trials) are not relevant, as the jury demand was timely and the rights belong to We the People, not foreign operatives - right deniers who work foreign policy in the U.S. COPORATION STATE COURTS

The British and or Military COMMERCIAL CLAIMS OF THE PLAINTIFF ARE MOOT VOID, as is the preliminary bench hearing biased jury trial violating denying will of the judge.

1. I, this APPELLANT had APPEARED timely in writing, with counter complaint, counterclaim declarations claim of rights in writing and in body, on September 12th 2022. The Stamp of the Clerk is on the following scan reference. [AFTER NOTICE CLERK CORRECTS DATE, BUT ALTERS Document 33] as a new document, eliminating original. See corrections, Doc 34.

2. The judge who denies jury trials operating as MONARCH / KING pretends that I "Failed to APPEAR." My appearance is claimed in my 42 page filed answer Document 2 page 1. with my trial by jury demand. The Jury right is not to be tampered with by the clerk or judge. It is a constitutional right inviolate.

3. This JUDGE is in VIOLATION OF HIS "OATH OF OFFICE". 22FO357 Doc. 2 Scanned 9-13-22 pg. 1 of 42.

4. The $36.00 I paid is exhibit on DEPOSIT. Pg. 4 of 5 Case 22FO357 Do. 27 Filed 1-23-2023. Branch 1 judge ordered this deposit returned to me. Doc 2 22 of 42. The clerk failed to obey the ORDER of Judge Ehlers to refund the deposit of jury fee deposit. She steals it or it's with the Secretary of Administration.

5. The D.A. never took an OATH OF OFFICE. So she practices FOREIGN LAW in this case also, and she supports and co-conspires with the clerk of court to extort and steal money from people.

6. This was OMITTED IN THE INDEX. I wrote, "APPEARANCE, SPEEDY TRIAL BY JURY DEMAND, PLEA OF NON-ASSUMPSIT, *NOT GUILTY PLEA*, INNOCENT PLEA, COUNTERCOMPLAINT, COUNTERCLAIM, DISCOVERY DEMAND". 22FO357 Doc. 2 Scanned 9-13-22 pg. 1 of 42.

2. Comes now, and letting it be known to all interested and non-interested parties and whom it may concern in the following ORDER, to correct the record. The record scan and index falsely states that the Answer to the Unconstitutional STATE STATUTE, was filed on September 13th 2022.

3. It in FACT was filed on September 12th 2022. See Case 22FO357 Doc. 2 Scanned 9-13-22, 1 of 42. "FILED SEP 12 2022. CLERK OF CIRCUIT COURT DOOR CO. WI"

3. A Conspiracy which is no theory is occurring in this case. This is created by by elected and appointed officials, and a DNR officer who damaged my boat, as is written and is ignored by all in their official capacities who are responsible to refer the officer for prosecution.

4. Hit and run by a DNR EMPLOYEE on DUTY occurred and so far the police or court ignored this, and that is also a crime, as the judge has selectively discriminated and refused to respond to my report that the DNR OFFICER did damage my property, and subjected me to PEONAGE.

5. I've identified the U.S. CODES in my answer which may be why the clerk of court backdated the 9-12-2022 filing. All these things I argued in the Circuit Court file.

6. **Plaintiffs DEMANDS ARE PROHIBITED BY THE United States and WISCONSIN CONSTITUTION. Plaintiff citation is Unconstitutional. Judges decision and denial jury trial fraudulent.**

7. See Defendants WISCONSIN Constitutional answer. Case 2022FO357 Doc. 2 Scanned 09-13-2022 filed, 9-12-2022,

8. Art, 9 Sec. 1.....<u>navigable waters leading into the Mississippi and St. Lawrence,, and the carrying places between the same, shall be common highways and forever free, as well to the inhabitants of the state as to the citizens of the United States, without any tax, impost or duty therefore</u>. *Not referring to physical, but political obstructions tax etc. plaintiffs cita.*

9.

10. # tax   NOUN

11. a compulsory contribution to state revenue, levied by the government on workers' income and business profits, or added to the cost of some goods, services, and transactions:

*"higher taxes will dampen consumer spending" · "a tax on fuel" · "they will have to pay tax on interest earned by savings" · "a tax bill" · "tax cuts"*

12. # Duties. https://Merriam-webster.com/thesaurus/duties

13. duties: noun plural of duty 1 as in taxes a charge usually of money collected by the government from people or businesses for public use the shop at the airport charges no duty on tourist ...

14. Duties at the United States or Canada Border for example for liquor or other things, cigarettes cigars, etc. for COMMERCIAL DISTRIBUTION. COMMERCE only.

15. # Impost   noun (1)

16. **: something** imposed **or levied : TAX**

17. a tax or similar compulsory payment.

SIMILAR: tax, tariff, toll, ,excise, duty, fee, imposition, exaction.

### 18. W hat is the difference between impost and ship money?
19. impost - money collected under a tariff. customs, customs duty, custom. tariff, duty - a government tax on imports or exports; "they signed a treaty to lower duties on trade between their countries". ship money - an impost levied in England to provide money for ships for national defense.

### 20. What does impost mean?
21. Define impost. impost synonyms, impost pronunciation, impost translation, English dictionary definition of impost. n. 1. Something, such as a tax or duty, that is imposed.

22. https://www.merriam-webster.com/thesaurus/impost

23. impost noun as in tax a charge usually of money collected by the government from people or businesses for public use consumers steadfastly resisted any impost on merchandise ...

24. Levy · Tax · Impostor

25. Duty. a payment levied on the import, export, manufacture, or sale of goods:

26. "a 6 percent duty on imports" · "goods subject to excise duty"

*Now we've learned if we were ignorant, and not knowing, that the fact that there is no United States duty to perform any restrictive measures, by forced contractual fee duress, contracting to travel freely on the water highway, regarding movement, entry or exit.*

*The contracts which require restrictive measures are only if you are engaged in COMMERCE, using the highway, water or roads while engaged in COMMERCE, not recreational boating.*

*That said, the COASTGUARD wants information of parties who are charging others for commercial maritime activities, professionally. COMMERCIAL activity only. I've we've learned that this state and the United States do not require permission to travel. Apparently the plaintiffs didn't know this and steal money.*

*The aforementioned codes and laws in this case i've cited and exempt me from the plaintiff wrongful and most errant and arrogant claims and unconstitutional restrictive state statute. This is the reason the judge and clerks of court fought so hard so I couldn't have a jury adjudicate the jurisdiction in this European – peonage, most disturbing foreign red coat police military vs. civilian matter.*

> 1. *The plaintiff made a false charge and claim failing to post requisite BOND required under Wisconsin Statute 814.28 or honor my exemption under 814.29 as I demanded in NOTICE and DECLARATION, in the case file.*
>
> 2. *The plaintiff had defaulted initially after I answered with my Speedy Trial by jury demand, and counterclaim. They failed to answer my counterclaim resulting in their default.*

*3. The judge decided to refuse to allow a jury trial, then pretend that my jury fee deposit could not be returned or applied to this case after the previous case in branch 1 that I won, and the money was reassigned back to me as ORDERED by that judge. That money sits, or was stolen by the clerk or Secretary of administration, who ever the custodian of the money is on a deposit pending jury trial.*

*4. The case then went to the court of appeals. A petition for waiver of fees was included in the multi-page dual appeal of right file. The clerk failed to electroically scan record what was filed by mail, feigning that a fee was due (when none was required wi. Stat. 814.28,29 clouding the facts with a jury fee lie not required, (but paid in full by me anyway). Fee still is possessed / kept by the custodian of the jury fee, who refused to return the money or apply it to this case.*

*5. The plaintiff committed crimes against my property and estate. Due process of law was denied by the judge and court clerks from day one, allowing the D.A. to move a non-criminal case in a court that only prosecutes criminal cases. The D.A. had no right to prosecute a fake civil foreign charge.*

*6. The Supreme Court certainly is not corrupt like the clerks in the circuit court, are they? Not the U.S.DISTRICT judge and or clerk of U.S.Courts. They will reverse the unconstitutional charge and claim by the plaintiff and circuit judge sham scandal who wronged this amateur traveler, litigant.*

Let's refresh the judges memory along with the plaintiff / D.A. who failed to file an OATH OF OFFICE to support this countries laws.

# 1. Article III

Article III Explained

## Section 1

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

## Section 2

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

## Section 3

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.
The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.
**Article III**

# Article I

Article I Explained

## Section 1

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

## Section 2

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.
No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.
Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.
When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.
The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

## Section 3

The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote.
Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class

shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.
No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.
The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.
The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.
The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.
Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

## Section 4

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.
The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

## Section 5

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.
Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.
Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.
Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

## Section 6

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

## Section 7

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.
Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.
Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

## Section 8

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defense and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;
To borrow Money on the credit of the United States;
To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;
To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;
To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;
To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;
To establish Post Offices and post Roads;
To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;
To constitute Tribunals inferior to the supreme Court;
To define and punish Piracies and Felonies committed on the high Seas, and Offenses against the Law of Nations;
To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;
To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer

Term than two Years;
To provide and maintain a Navy;
To make Rules for the Government and Regulation of the land and naval Forces;
To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;
To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;
To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;–And
To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

## Section 9

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.
The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.
No Bill of Attainder or ex post facto Law shall be passed.
No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.
No Tax or Duty shall be laid on Articles exported from any State.
No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.
No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.
No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

## Section 10

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.
No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress.
No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or

Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

**Article I**

Thank you, john r. kanerva    2/20/2023    UCC1-308 UNDER RESERVE

wronged man.